UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REV LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NAUGLE, JR., *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-05150-JHC<br><br>MINUTE ORDER REASSIGNING CASE |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Benjamin H. Settle, United States Senior District Judge. All future documents filed in this case must bear cause numbers ending in "BHS" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 25th day of March, 2025.

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER REASSIGNING CASE - 1