UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REV LLC, | CASE NO. C25-5150 BHS |
| Plaintiff, | ORDER |
| v. | |
| ROBERT NAUGLE, JR., | |
| Defendant. | |

THIS MATTER is before the Court on plaintiff REV's motion to dismiss its federal Computer Fraud and Abuse Act (CFAA) claim, and to remand the case to Pierce County Superior Court, Dkt. 10, and on defendant Naugle's motion to disqualify REV's counsel, Dkt. 12.

REV sued Naugle in June 2024, and filed a second amended complaint in superior court in February, adding a CFAA claim. Based on the federal question presented, Naugle timely removed the case here. REV promptly moved to voluntarily dismiss its CFAA claim and for remand of the remaining state law claims to the superior court. Dkt. 10. Naugle does not oppose dismissal or remand, but asks the Court to adjudicate its

ORDER - 1

pending disqualification motion to "protect this litigation and REV from taking further actions under the advice of clearly tainted counsel." Dkt. 17 at 5.

REV's motion to dismiss its federal CFAA claim is **GRANTED** and that claim is **DISMISSED**.

When a Court dismisses the federal "hook" that permitted removal, it has discretion to decline to exercise supplemental jurisdiction over related state law claims. 28 U.S.C. § 1367(c). There is no reason for this case to remain in this Court without a federal claim, where this Court has no familiarity with the case and the superior court has been presiding over it for months. The Court will therefore decline to exercise supplemental jurisdiction over the remaining state law claims, and REV's motion to remand, Dkt. 10, is **GRANTED**.

Given this outcome, there is no reason for this Court to adjudicate the disqualification motion. Naugle's motion to disqualify, Dkt. 12, is **DENIED** without prejudice to re-file in the court that has been and will be presiding over the case.

The clerk shall remand this case to Pierce County Superior Court and close the case.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge